

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2022

No. 04-22-00001-CV

**IN RE** Jordan **HOPPE**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-02605
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Sitting:      Luz Elena D. Chapa, Justice
                 Irene Rios, Justice
                 Lori I. Valenzuela, Justice

On January 4, 2022 relator, Jordan Hoppe, filed a Petition for a Writ of Mandamus. The court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). We therefore **request** a response and **order** the respondent and the real party in interest to file their responses to the petition, if any, no later than **January 18, 2022**. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on January 6, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT